

FILED
15-0027
1/15/2015 10:53:48 AM
tex-3778675
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK
Bryan Rutherford
214.651.3305
brutherford@macdonalddevin.com

14 January 2015

Blake A. Hawthorne, Clerk                                    *Via eFiling*
The Supreme Court of Texas
P.O. Box 12248
Austin, Texas 78711

     Re:    Cause no. 15-0027; *Cresson SWD Services, L.P. and DJ Pulling, P.C.*
             *v. Basic Energy Services, L.P.*

Dear Mr. Hawthorne:

Pursuant to Texas Rule of Appellate Procedure, Basic Energy Services, L.P. waives the filing of a response to the Petition for Review in this case, unless requested by the Court.

                    Sincerely,

                    Bryan Rutherford

866388.1    372.603

*cc via eService:*
     Billy W. Boone
     P.O. Box 2797
     Abilene, Texas 79604-2797

     Richard Ward
     6860 N. Dallas Parkway, Suite 200
     Plano, Texas 75204